■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE CAUTHEN, Appellant.—Appeal by the defendant from a

judgment of the County Court, Westchester County (Silverman, J.), rendered October 26, 1990, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have examined the record and find that the defendant's plea of guilty and his waiver of the right of appeal were knowingly and voluntarily entered.

Appellate review of the remaining issue raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed (see, People v Callahan, 80 NY2d 273; People v Seaberg, 74 NY2d 1). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.